No. 9559.   In the Matter of the Estate of ALBERT LEE STUART, also known as ALBERT L. STUART, Deceased. NORMA JUNE STUART, Plaintiff and Respondent, v. HARRY C. STUART, CHARLES H. STUART, SHODAIR HOSPITAL, Helena, Montana; VETERANS HOSPITAL, Miles City, Montana; COMMANDANT CUSTER'S NATIONAL CEMETERY, Hardin, Montana, Defendants and Appellants.

284 Pac. (2d) 680.

Decided June 3, 1955.

*E. G. Toomey,* Toomey & Hughes, Helena, for Shodair Hospital.

*Krest Cyr,* U. S. Dist. Atty. & *Frank M. Kerr,* Asst., Butte, *Manuel J. Roth,* County Attorney, Jordan, for State Tuberculosis Hospital.

*Robert E. Purcell,* Jordan, for the Administrator Defendants and Appellants.

*Seth F. Bohart, D. A. Nash,* Bozeman, for Respondent.

Per Curiam.

On motion and pursuant to written stipulation of counsel for the parties litigant, this appeal is ordered dismissed.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, BOTTOMLY, concur.